**UNITED STATES DISTRICT COURT**
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-280 ADM/AJB

Case Title: Laura Young v. NCO Financial Systems, Inc., et al.

Affidavit of Movant

I, Thomas H. Schaefer, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac David Israel, an attorney admitted to practice in the U.S.D.C. Eastern & Western District of Louisiana, but not admitted to the bar of this court, who will be counsel for Defendant in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature | #231587 MN Attorney License # | March 20, 2002 Date

Affidavit of Proposed Admittee

I, David Israel, am currently a member in good standing of the U.S. District Court for Eastern + Western District of Louisiana, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

David Israel
Type/Print Name

Signature

3/26/02
Date

Attorney License Number: #7174
Law Firm Name & Address: Sessions, Fishman & Nathan, LLP
201 St. Charles Avenue
Thirty-Fifth Floor
New Orleans, LA 70170-3500

Motion Granted:
For the Court: Richard D. Sletten, Clerk

APR 01 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED APR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK