**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV – 02-280 ADM/AJB**

| | |
|---|---|
| Laura Young,<br><br>Plaintiff,<br>-vs-<br><br>NCO Financial Systems, Inc., John Adams, individually, Calvin Coleman, individually, John Conn, individually, and Darrin Mason, individually,<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorneys, and Defendants and their attorney that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEY FOR PLAINTIFF**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #0249646
342 East County Road D
Little Canada, Minnesota 55117
(651) 770-9707
Dated: 10/7/02

THE BARRY LAW OFFICE LTD.
Peter F. Barry, Esq.
Attorney I.D. #:0266577
342 East County Road D
Little Canada, Minnesota 55117
(651) 714-8800

**ATTORNEY FOR DEFENDANTS**

By: ______________________
Thomas H. Schaefer (#231587)
200 Riverview Office Tower
8009-24th Avenue South
Minneapolis, MN 55425
Telephone: (952) 896-3700
Dated: 10/08/02



J:\37000 Settled\37354 + Young, Laura v. NCO Financial (TJR)\Notice of Dismissal - ADM.doc

OCT 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 16, 2002.

JUDGE ANN D. MONTGOMERY
United States District Court